**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 432 MAL 2022

         Respondent    :

         :    Petition for Allowance of Appeal

         :    from the Order of the Superior Court

         v.    :

         :

JOSEPH ALLEN,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.